IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK,

    Plaintiff,                                     No. 2:12-cv-01683-MCE-EFB PS

vs.

FREDA HINES and DOES 1-10,

    Defendants.                                 ORDER
_____/

        On June 27, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 4) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations (ECF No. 4) filed June 27, 2012, are ADOPTED IN FULL; and

1        2. The above-captioned case is REMANDED to the Superior Court of the State
2 of California in and for the County of Sacramento.

Dated: October 15, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE